IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

THE KANAWHA-GAULEY COAL & COKE COMPANY,

        Plaintiff,

v.                                            CIVIL ACTION NO. 2:09-cv-01278

PITTSTON MINERALS GROUP, INC.,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

Three Motions for Admission of Counsel Pro Hac Vice by Kanawha-Gauley Coal & Coke Company are pending in this case [Docket 6, 7, & 8].

Local Rule 83.6(b) of the Southern District of West Virginia provides, "Filing a properly completed Statement of Visiting Attorney and paying the Visiting Attorney fee constitute all steps necessary to qualifying as a Visiting Attorney for a particular case and *no motion to appear as a Visiting Attorney is required*." (emphasis added). The court thus **DENIES** the Motions for Appointment of Counsel as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                ENTER:        January 22, 2010

Joseph R. Goodwin, Chief Judge